IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNE CARRERO<br><br>　　　　Plaintiff,<br>v.<br><br>ONE TO ONE FEMALE CARE, P.A.,<br>d/b/a ONE TO ONE<br>　and<br>DAVID GARFINKEL, M.D.<br>　and<br>CHERYL GARFINKEL<br><br>　　　　Defendants. | CIVIL ACTION<br><br>CASE NO.: 19-16958 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Joanne Carrero and counsel for Defendants One to One Female Care, P.A., David Garfinkel and Cheryl Garfinkel that this matter shall be and is hereby dismissed with prejudice, with each party bearing its own fees and costs.

**KARPF, KARPF, & CERUTTI, P.C.**

_____
Julia W. Clark, Esq.
Yinan Ma, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
*Attorney for Plaintiff*

Dated: October 29, 2019

**MARSHALL DENNEHEY**
**WARNER COLEMAN GOGGIN**

_____
Lawrence B. Berg, Esq.
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorneys for Defendants*

Dated: October 29, 2019