IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNE CARRERO | CIVIL ACTION |
| Plaintiff, | CASE NO.: 19-16958 |
| v. | |
| ONE TO ONE FEMALE CARE, P.A., d/b/a ONE TO ONE and DAVID GARFINKEL, M.D. and CHERYL GARFINKEL | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Joanne Carrero and counsel for Defendants One to One Female Care, P.A., David Garfinkel and Cheryl Garfinkel that this matter shall be and is hereby dismissed with prejudice, with each party bearing its own fees and costs.

**KARPF, KARPF, & CERUTTI, P.C.**

Julia W. Clark, Esq.
Yinan Ma, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
*Attorney for Plaintiff*

Dated: October 29, 2019

**MARSHALL DENNEHEY WARNER COLEMAN GOGGIN**

Lawrence B. Berg, Esq.
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorneys for Defendants*

Dated: October 29, 2019

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 12/3/2019